IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VINCENT EDWARD ASHLEY, #1196903**, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:06-CV-2221-L** |
| | § | |
| **NATHANIEL QUARTERMAN, Director**, | § | |
| **Texas Department of Criminal Justice**, | § | |
| **Correctional Institutions Division**, | § | |
| | § | |
| Respondent. | § | |

# ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed February 26, 2008. No objections to the magistrate judge's findings and conclusions were filed.

This is a habeas petition filed pursuant to 28 U.S.C. § 2254. Magistrate Judge Paul D. Stickney found that the petition should be denied because Petitioner failed to demonstrate that the state court's decision to deny relief is not contrary to or does not involve an unreasonable application of clearly established federal law and is not based on an unreasonable determination of the facts in light of the evidence presented in the state court proceedings

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court therefore **dismisses with prejudice** the writ of habeas corpus for failure to make a substantial showing of the denial of a federal right.

**It is so ordered** this 25th day of March, 2008.

                                                 Sam A. Lindsay
                                                 United States District Judge